**STATE of Maine**

v.

**James R. COLE.**

Supreme Judicial Court of Maine.

Argued Sept. 16, 1983.

Decided Oct. 25, 1983.

David M. Cox, Dist. Atty., Gary F. Thorne (orally), Asst. Dist. Atty., Bangor, for plaintiff.

Conte, Growe, Lunn & McCue, Carl D. McCue, William W. Conte (orally), Bangor, for defendant.

Before GODFREY,* NICHOLS, ROBERTS, CARTER,** VIOLETTE and WATHEN, JJ.

**MEMORANDUM DECISION.**

The judgment of the Superior Court is AFFIRMED by an evenly divided Court.

* Godfrey, J., sat at oral argument and participated in the initial conference but retired before this opinion was adopted.

** Carter, J., sat at oral argument and participated in the initial conference but resigned before this opinion was adopted.